Núm. 7661.—LUCIANO, aplda. v. TORRES, aplte.—C. D. Ponce. ▇▇▇▇▇▇▇▇ Abril 29, 1938.

POR CUANTO, el día 25 del corriente declaróse vista la moción de desestimación presentada en este caso, sin asistencia de las partes.

POR CUANTO, aparece que la transcripción fué radicada en la Secretaría de este Tribunal con fecha 22 de diciembre de 1937 y que en enero 31 del corriente año venció la prórroga concedida al apelante para presentar su alegato, sin que lo haya presentado hasta ahora.

POR TANTO, de acuerdo con la ley y la jurisprudencia, se declara con lugar la moción y en su consecuencia se desestima el recurso de apelación establecido en este caso contra resolución dictada por la corte inferior en agosto 25, 1937 y modificada el 31 de dicho mes y año.

(e) FALTA DE JURISDICCIÓN APELATIVA